**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| **KUMHO TIRE USA, INC.** ) <br> ) <br> Plaintiff, ) <br> ) **Case No.** 1:25-cv-5292-JPB <br> v. ) <br> ) <br> **MONZA PERFORMANCE LLC**, ) <br> ) <br> Defendant. ) <br> ) | |

### REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT

Pursuant to Federal Rule Civil Procedure 55(a), Plaintiff Kumho Tire USA, Inc. ("Plaintiff" or "Kumho Tire") respectfully requests that the Clerk enter default against Defendant Monza Performance LLC ("Defendant") for failure to timely respond to Plaintiff's Complaint (Dkt. No. 1). In support of its request, Plaintiff states the following:

1. On September 16, 2025, Plaintiff filed its Complaint in this matter. (ECF No. 1).

2. On September 22, 2025, true and accurate copies of the Summons and Complaint were served upon Defendant, as reflected in the Proof of Service filed with the Court on September 24, 2025. (ECF No. 5).

3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's response to the Complaint was therefore due on or before October 14, 2025. (ECF No. 5).

4. As of the date of this filing, Defendant has failed to file an Answer or otherwise respond to the Complaint.

5. Under Rule 55(a), when a party "has failed to plead or otherwise defend," and such failure "is shown by affidavit or otherwise," the Clerk must enter the party's default.

6. Accordingly, entry of default against Defendant Monza Performance LLC is proper under Fed. R. Civ. P. 55(a).

**WHEREFORE**, Plaintiff respectfully requests that the Clerk of Court enter default against Defendant Monza Performance LLC pursuant to Rule 55(a) and grant such other and further relief as the Court deems just and proper.

Dated: October 17, 2025

Respectfully submitted,

Kumho Tire USA, Inc.

By: */s/ Nathan A. Huff*
One of its Attorneys

Nathan A. Huff
Georgia Bar: 275532
**K&L Gates LLP**
430 Davis Drive
Suite 400
Morrisville, North Carolina 27560
Tel.: (919) 314-5636
Nate.Huff@klgates.com